# BARSHAY|SANDERS<sub>PLLC</sub>
ATTORNEYS & COUNSELORS AT LAW

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601
WWW.BARSHAYSANDERS.COM

January 11, 2017

*<u>Via ECF</u>*
Hon. Sandra J. Feuerstein
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Riley and Carcano v. Advanced Call Center Technologies, LLC*
            Docket No: 2:17-cv-04823-SJF-GRB

Dear Judge Feuerstein:

    We are the attorneys for Plaintiffs in this matter and write to respectfully advise the Court that this matter, upon its filing in arbitration, has settled. Plaintiffs request this matter be dismissed by the Court.

    Thank you.

Respectfully submitted,

/s *<u>David M. Barshay</u>*
David M. Barshay

cc: All parties via ECF system