# BARSHAY|SANDERS PLLC
ATTORNEYS & COUNSELORS AT LAW

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601
WWW.BARSHAYSANDERS.COM

January 11, 2017

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 12 2018 ★

LONG ISLAND OFFICE

*Via ECF*
Hon. Sandra J. Feuerstein
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    *Riley and Carcano v. Advanced Call Center Technologies, LLC*
       Docket No: 2:17-cv-04823-SJF-GRB

Dear Judge Feuerstein:

    We are the attorneys for Plaintiffs in this matter and write to respectfully advise the Court that this matter, upon its filing in arbitration, has settled.  Plaintiffs request this matter be dismissed by the Court.

    Thank you.

                              Respectfully submitted,

                              */s David M. Barshay*
                              David M. Barshay

cc:  All parties via ECF system

ORDER DISMISSING CASE.
Plaintiff having advised The Court that this
matter has settled, The Clerk is directed to
close The case.

So Ordered This 12th day of January 2018 at
Central Islip, New York        s/ Sandra J. Feuerstein

                              Sandra J. Feuerstein, U.S.D.J.